Jasvir SINGH, Petitioner,

v.

Jefferson B. SESSIONS III, Attorney General, Respondent.

No. 16-72321

United States Court of Appeals, Ninth Circuit.

Submitted November 15, 2017 *

Filed November 21, 2017

Jaspreet Singh, Esquire, Attorney, Law Office of Jaspreet Singh, Jackson Heights, NY, for Petitioner

Lynda Do, OIL, DOJ—U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, Chief Counsel ICE, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, for Respondent

---

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Before: CANBY, TROTT, and GRABER, Circuit Judges.

### MEMORANDUM **

Jasvir Singh, a native and citizen of India, petitions for review of the Board of Immigration Appeals' ("BIA") order dismissing his appeal from an immigration judge's decision denying his motion to reopen removal proceedings. Our jurisdiction is governed by 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen. *Najmabadi v. Holder*, 597 F.3d 983, 986 (9th Cir. 2010). We deny the petition for review.

The agency did not abuse its discretion by denying Singh's motion to reopen where it was filed thirteen years after his final order of removal, *see* 8 C.F.R. § 1003.23(b)(1), and where Singh failed to establish materially changed circumstances in India to qualify for the regulatory exception to the time limitation, *see* 8 C.F.R. § 1003.23(b)(4)(i); *Najmabadi*, 597 F.3d at 990 (evidence must be "qualitatively different" to warrant reopening).

### PETITION FOR REVIEW DENIED.

---

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).